

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-2006

# IFC Interconsult AG v. Safeguard Intl

Precedential or Non-Precedential: Precedential

Docket No. 05-1817

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

## Recommended Citation

"IFC Interconsult AG v. Safeguard Intl" (2006). *2006 Decisions.* Paper 1497.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1497

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 05-1817 and 04-3933

_____

IFC INTERCONSULT, AG,

Appellant in 1817

v.

SAFEGUARD INTERNATIONAL PARTNERS, LLC;
SAFEGUARD INTERNATIONAL FUND, L.P.

and

IFC INTERCONSULT, AG

v.

SAFEGUARD INTERNATIONAL PARTNERS, LLC,

Appellant in 3933

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 04-mc-00107)
District Judge:   Hon. Marvin Katz

_____

Argued on 11/14/05


Before:   ROTH, FUENTES and BECKER, <u>Circuit Judges</u>

Dennis R. Suplee, Esquire (ARGUED)
Nancy Winkelman, Esquire
Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis LLP
Suite 3600
1600 Market Street
Philadelphia, PA   19103

James D. Zirin, Esquire (ARGUED)
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY   10019

   Counsel for IFC Interconsult, AG


Kenneth I. Levin, Esquire (ARGUED)
Matthew J. Hank, Esquire
Anne M. Aaronson, Esquire
Pepper Hamilton LLP
Two Logan Square
18th & Arch Streets
Philadelphia, PA   19103

   Counsel for Safeguard International Fund, L.P.

Paul R. Rosen, Esquire (ARGUED)
Bruce Bellingham, Esquire
Spector Gadon & Rosen, PC
1635 Market Street
Seven Penn Center, 7th Floor
Philadelphia, PA   19103

Counsel for Safeguard International Partners, LLC


**<u>ORDER AMENDING OPINION</u>**

<u>ROTH, Circuit Judge</u>

IT IS ORDERED that the published Opinion in the above case filed February 13, 2006, be amended as follows:

On page 24, line 33, delete the word "strikes."

On page 25, line 21-22, "In the instant case, the District Court characterized the appeal as . . .." should be "The District Court characterized the instant case as ..."


By the Court,

 /s/ Jane R. Roth
Circuit Judge


Dated: February 23, 2006